186 So. 917

### Rudy DAVIS v. STATE.
#### 7 Div. 396.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

181 So. 919

### Sarah DAVIS v. STATE.
#### 6 Div. 323.

Court of Appeals of Alabama.
May 17, 1938.

Mayfield & Mayfield, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 919

### Sebe DAVIS v. STATE.
#### 8 Div. 810.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

177 So. 919

### Willie DAVIS v. STATE.
#### 6 Div. 149.

Court of Appeals of Alabama.
Dec. 14, 1937.

SAMFORD, Judge.
Affirmed.

180 So. 897

### Joe DEAN v. STATE.
#### 8 Div. 633.

Court of Appeals of Alabama.
March 29, 1938.

Wm. C. Rayburn, of Guntersville, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

188 So. 923

### Frankie DEARMON v. STATE.
#### 1 Div. 333.

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.